Cyrus Safa
Attorney at Law: 282971
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel: (562)437-7006
Fax: (562)432-2935
E-Mail: rohlfing.office@rohlfinglaw.com
Attorneys for Plaintiff
BOBBY RAY ANGLIN

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOBBY RAY ANGLIN ) | Case No.: 1:16-cv-0566-SKO |
| ) | |
| Plaintiff, ) | STIPULATION TO EXTEND TIME |
| v. ) | TO FILE PLAINTIFF'S OPENING |
| ) | BRIEF; ORDER |
| CAROLYN W. COLVIN, Acting ) | |
| Commissioner of Social Security. ) | (FIRST REQUEST) |
| ) | |
| Defendant. ) | |
| ) | |

Plaintiff Bobby Ray Anglin and Defendant Carolyn W. Colvin, Acting Commissioner of Social Security, through their undersigned attorneys, stipulate, subject to this court's approval, to extend the time by 28 days from December 12, 2016 to January 9, 2017 for Plaintiff to file a Opening Brief, with all other dates in the Court's Order Concerning Review Of Social Security Cases extended accordingly. Specifically, Defendant's response shall be due on or before February 8, 2017. Plaintiff's reply shall be due on or before February 23, 2017.

1   This is Plaintiff's first request for an extension. This request is made at the
2   request of Plaintiff's counsel to allow additional time to fully research the issues
3   presented.

4   DATE: December 12, 2016                Respectfully submitted,
5                                          LAWRENCE D. ROHLFING
6                                          /s/ *Cyrus Safa*
7                            BY: _____
                                 Cyrus Safa
8                                Attorney for plaintiff Mr. Bobby Ray Anglin

9

10  DATE:  December 12, 2016
                                           PHILLIP A. TALBERT
11                                         Acting United States Attorney
                                           DEBORAH LEE STACHEL
12                                         Regional Chief Counsel, Region IX
                                           Social Security Administration
13                                         CAROLYN B. CHEN
                                           Special Assistant United States Attorney
14
15                                         /s/ *Carolyn B. Chen*
                             BY:_____
16                               Carolyn B. Chen
                                 Special Assistant United States Attorney
17                               Attorneys for defendant Carolyn W. Colvin
                                 |*authorized by e-mail|
18

19  //
20  //
21  //
22  //
23  //
24  //
25  //
26

-2-

**ORDER**

Based upon the stipulation of the parties (Doc. 9), and for good cause shown, IT IS HEREBY ORDERED that the deadline by which Plaintiff shall file his opening Brief is extended to January 9, 2017. Defendant's responsive brief shall be filed on or before February 8, 2017, and Plaintiff may file an optional reply brief on or before February 23, 2017.

IT IS SO ORDERED.

Dated:   **December 13, 2016**              /s/ *Sheila K. Oberto*
                                                                UNITED STATES MAGISTRATE JUDGE